JOHN L. BURRIS, Esq. SBN 69888
MELISSA C. NOLD, Esq. SBN 301378
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120,
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Melissa.Nold@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEDESMA, an individual; JEANNIE LEDESMA, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT DEMARCO, individually and in his official capacity as a Police Officer for the CITY OF VALLEJO; AMANDA BLAIN, individually and in his official capacity as a Police Officer for the CITY OF VALLEJO; DOES 1-50, individually and in their capacity as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>Defendants. | Case No.: 2:17-cv-00106-MCE-CKD<br><br>**SUMMONS RETURNED EXECUTED**<br>SERVED: CITY OF VALLEJO; ROBERT DEMARCO; AMANDA BLAIN |

PROOF OF SERVICE

**SUMMONS RETURNED EXECUTED - 1**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17cv00106 Ledesma, Joseph

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Vallejo

was received by me on *(date)* 02/15/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Heather, City Clerk's Office @ 3:38pm, who is designated by law to accept service of process on behalf of *(name of organization)* City of Vallejo on *(date)* 02/16/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/18/2017

*Server's signature*

Russell Taylor #1177
*Printed name and title*

1425 Lakeside Drive #206 Oakland, CA 94612
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17cv00106 Ledesma, Joseph

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amanda Blain, Vallejo PD

was received by me on *(date)* 02/15/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Heather, City Clerk's Office @ 3:38pm , who is designated by law to accept service of process on behalf of *(name of organization)* Amanda Blain on *(date)* 02/16/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/18/2017

*Server's signature*

Russell Taylor #1177
*Printed name and title*

1425 Lakeside Drive #206 Oakland, CA 94612
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17cv00106 Ledesma, Joseph

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Demarco, Vallejo PD

was received by me on *(date)* 02/15/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Heather, City Clerk's Office @ 3:38pm, who is designated by law to accept service of process on behalf of *(name of organization)*
Robert Demarco on *(date)* 02/16/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/18/2017

*Server's signature*

Russell Taylor #1177
*Printed name and title*

1425 Lakeside Drive #206 Oakland, CA 94612
*Server's address*

Additional information regarding attempted service, etc: