JOHN L. BURRIS, Esq., SBN 69888
MELISSA NOLD, Esq., SBN 301378
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiffs
JOSEPH LEDESMA and
JEANNIE LEDESMA

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEDESMA, an individual; and JEANNIE LEDESMA, an individual,<br><br>                              Plaintiff,<br><br>         vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT DEMARCO, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; AMANDA BLAIN, individually and in her official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>                              Defendants. | CASE NO.: 2:17-cv-00106-MCE-CKD<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

///

///

**The Law Offices of John L. Burris**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Melissa C. Nold of the Law Offices of John L. Burris, 7677 Oakport Street, Suite 1120 Oakland, California, hereby enters an appearance in the above-captioned matter on behalf of Plaintiffs JOSEPH LEDESMA and JEANNIE LEDESMA.

Dated:  May 1, 2017                             **LAW OFFICES OF JOHN L. BURRIS**

                                                By___*/s/ Melissa C. Nold*_____
                                                Melissa C. Nold, Esq.
                                                Attorney for Plaintiffs