**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KELLY J. TRUJILLO**
Assistant City Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: kelly.trujillo@cityofvallejo.net
*Attorneys for Defendants, CITY OF VALLEJO, ROBERT DeMARCO, AMANDA BLAIN*

JOHN L. BURRIS, Esq. SBN 69888
ADANTÉ D. POINTER Esq. SBN 236229
MELISSA C. NOLD, Esq. SBN 301378
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
melissa.nold@johnburrislaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH LEDESMA, an individual; and JEANNIE LEDESMA, an individual, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF VALLEJO, a municipal corporation, ROBERT DeMARCO, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; AMANDA BLAIN, individually and in her official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally, <br><br> Defendant. | Case No.  2:17-cv-00106-MCE-CKD <br><br> **JOINT DISCOVERY PLAN PURSUANT TO FRCP 26(f)** <br><br> **Trial Date:**     TBD <br> **Action Filed:** January 18, 2017 <br><br> **United States District Judge Morrison C. England, Jr.** |

Case No.  2:17-cv-00106-MCE-CKD                                JOINT DISCOVERY PLAN

-1-

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's Order of January 18, 2017, counsel for plaintiffs Ledesma and counsel for defendants City of Vallejo, Robert DeMarco, and Amanda Blain (City Defendants) hereby submit their joint discovery plan.

**Discovery Plan**

(A) Initial Disclosures shall be made by each party no later than May 22, 2017.

(B)

Plaintiffs:

Plaintiffs intend to propound written discovery to prove up their claims. Plaintiffs intend to depose all named defendants; percipient witnesses; prior complainants and persons most knowledgeable regarding: use of force policy, use of use of force training, and de-escalation policies. Plaintiffs will seek discovery of employment, training and internal affairs records for all defendants. Plaintiffs seek necessary Monell discovery. Plaintiff intends to conduct expert discovery with police practices experts regarding defendants' actions and medical experts regarding plaintiff Joseph Ledesma's permanent injuries. Plaintiff anticipates timely resolution of discovery according to the court's current scheduling order.

Defendants:

The City Defendants will conduct discovery of plaintiffs, along with bystanders that witnessed the event. Discovery will include investigation into the facts of the alleged incident, plaintiff's medical records/bills, evidence of other damages and other matters relevant to plaintiff's claims herein as the case develops. Expert discovery will also be conducted as to plaintiffs' medical damages and expert discovery as to police practices.

Discovery will be completed by January 18, 2018, as set forth in the court's pretrial order.

(C) The parties do not anticipate any issues related to ESI at this time.

//

//

**(D)** Plaintiffs intend to request privileged materials related to Defendants employment records and potential Monell discovery. Plaintiff intends to meet and confer with defendants and enter into a stipulated protective order.

The City Defendants anticipate that plaintiff may request confidential and privileged information during discovery. It is the City's intent to meet and confer with the plaintiffs as issues arise to enter into an appropriate stipulated protective order.

**(E)** The parties do not require an expedited schedule at this time.

Dated: May 2, 2017    Respectfully submitted,

                                            /s/ Kelly J. Trujillo
                                            KELLY J. TRUJILLO
                                            Assistant City Attorney
                                            Attorney for Defendants
                                            CITY OF VALLEJO,
                                            ROBERT DeMARCO, AMANDA BLAIN

Dated: May 2, 2017    **LAW OFFICES OF JOHN L. BURRIS**

                                       By: /s/ Melissa C. Nold
                                            MELISSA C. NOLD
                                            ATTORNEY FOR PLAINTIFF