**JOHN L. BURRIS, Esq. SBN 69888**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEDESMA, an individual; and JEANNIE LEDESMA, an individual,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT DEMARCO, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; AMANDA BLAIN, individually and in her official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>                              Defendants. | CASE NO.:  2:17-cv-00106-MCE-CKD<br><br>NOTICE OF APPEARANCE OF COUNSEL |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Melissa C. Nold of the Law Offices of John L. Burris, 7677 Oakport Street, Suite 1120, Oakland, CA  94621 hereby files this Notice of Appearance in the above-

captioned matter, as co-counsel on behalf of Plaintiff. Counsel requests that copies of all briefs, motions, orders, correspondence and other papers be served on the undersigned. Counsel's email address, for purposed of receipt of Notices of Electronic Filing are:

Melissa.Nold@johnburrislaw.com

AttorneyNold@gmail.com

May 10, 2017                                THE LAW OFFICES OF JOHN L. BURRIS


/s/ *Melissa C. Nold*
Melissa C. Nold,
Attorney for Plaintiff