UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

| | |
|---|---|
| JOSEPH LEDESMA, individually; and JEANNIE LEDESMA, individually,<br><br>                    Plaintiffs,<br>v.<br><br>CITY OF VALLEJO, municipal corporation; ROBERT DEMARCO, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; AMANDA BLAIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the City of Vallejo<br><br>                    Defendants. | CASE NO.:  2:17-cv-00106-MCE-CKD<br><br><br>**ORDER RESETTING EXPERT DISCLOSURE DEADLINE** |

        Good cause having been demonstrated, the Court grants the parties' stipulated request to reset the Expert Disclosure deadline from March 9, 2018 to April 2, 2018.   All other dates and deadlines set forth in the Court's Scheduling Order remain in effect.

        IT IS SO ORDERED.

Dated:  February 8, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE