# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEDESMA, an individual; and JEANNIE LEDESMAN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO, et al. <br><br> Defendants. | CASE NO.: 2:17-cv-00106 MCE-CKD <br><br> **ORDER** |

Having reviewed Plaintiffs' Ex Parte Motion to Extend time for Filing Opposition (ECF No. 21), having noted the lack of any opposition to said request, and good cause having been demonstrated, the Court hereby extend the time for filing Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF No. 16) from July 30, 2018 to August 27, 2018. Defendants' Reply, if any, is due not later than September 7, 2018.

IT IS SO ORDERED.

DATED: July 26, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE