**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEDESMA, an individual; and JEANNIE LEDESMA, an individual,<br><br>v.<br><br>CITY OF VALLEJO, et al. | CASE NO.: 2:17-cv-00106-MCE-CKD<br><br>**STIPULATION OF DISMISSAL AND ORDER TO DISMISS THE ENTIRE ACTION** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiffs Joseph Ledesma and Jeannie Ledesma and Defendants City of Vallejo, Robert Demarco, and Amanda Blain (collectively "the Parties") by and through their respective designated counsel that this action be hereby dismissed with prejudice pursuant to FRCP 41(a)(1). Each party will bear their own costs and attorney's fees.

---

Case No. 2:17-cv-00106-MCE-CKD         STIPULATION FOR DISMISSAL

| | |
|---|---|
| Dated: October 22, 2019 | LAW OFFICES OF JOHN L. BURRIS |
| | By: /s/ Melissa C. Nold<br>John L. Burris<br>Adante Pointer<br>Melissa C. Nold<br>Attorneys for Plaintiffs |
| DATED: October 22, 2019 | /s/ Katelyn M. Knight<br>KATELYN M. KNIGHT<br>Deputy City Attorney<br>Attorney for Defendants CITY OF VALLEJO, ROBERT DeMARCO and AMANDA BLAIN |

**ORDER**

In accordance with the foregoing stipulation of counsel, and good cause appearing, the above-referenced case is hereby dismissed, with prejudice, each side to bear their own costs and attorney's fees. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: October 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Case No. 2:17-cv-00106-MCE-CKD     STIPULATION FOR DISMISSAL